# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

135725

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

FREDERICK DEARMONDE SMITH,
a/k/a FREDERICK DEARMOND SMITH,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135725
COA: 271036
Kent CC: 05-009554-FC

_____/

On order of the Court, the application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

_____
Clerk

l0604